**Laura Graser, OSB #792463**
P.O. Box 12441
Portland, Oregon 97212
(503) 287-7036
Email: graser@lauragraser.com

Attorney for Defendant

IN THE UNITED STATES

DISTRICT COURT FOR THE DISTRICT

OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:18-cr-00392-HZ-1 |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| **JONATHAN DOMINIC COONS,** | |
| Defendant. | |

HERNÁNDEZ, District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective on this day, followed by a term of three years of supervised release.

The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office has approved the release plan for Mr.

Coons.  The Court adds the following conditions of supervised release:

>Special Condition: You must reside in and participate in the program at a residential reentry center for not less than 365 days, to be released at the direction of the probation officer.  You must follow the rules and regulations of the center.  The probation officer may, as appropriate, authorize a transfer to another residential program, such as Sponsors in Eugene, Oregon, during this 365-day period.

This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant's sentence shall be reduced to time-served effective ten days after this order is entered, for travel to his approved residential reentry center, if the BOP has determined that he is COVID-19 negative.  If the BOP cannot make the determination by that date, the government shall notify the Court without delay.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified as set forth above. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated on July 18, 2021.

*Marco Hernández*

Hon. Marco A. Hernández,
United States District Judge

ORDER TO REDUCE SENTENCE                                                                                           3